In the Matter of SCOTT M. ZUCKER, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Submitted May 3, 2010; decided May 11, 2010

Motion for leave to appeal denied. Motion for a stay dismissed as academic.